TCC AIRSERVICES, INC., a Delaware Corporation, Basic Systems of Delaware, Inc., a Delaware Corporation, Plaintiffs–Appellees,

v.

Richard SCHLESINGER, Defendant–Appellant.

No. 07–10729

United States Court of Appeals, Eleventh Circuit.

May 20, 2008.

designation.

924

William H. Pincus, Guy Carman Icangelo, Jr., Law Offices of William H. Pincus, West Palm Beach, FL, for Plaintiffs–Appellees.

Before ANDERSON, HULL and SILER,* Circuit Judges.

PER CURIAM:

After oral argument and careful consideration, we conclude that the judgment of the district court is due to be affirmed. We believe that the instant situation is probably within the contemplation of 14 C.F.R. § 91.501(b)(5), which indicates that charges not in excess of the cost of owning, operating and maintaining the airplane may be made when the situation involves carriage of guests of a company when the carriage is within the scope of, and incidental to, the business of the company (other than transportation by air). Schlesinger failed to prove that the charges exceeded such costs.

In any event, we agree with the district court that Schlesinger is not within that class of persons intended to be protected by the regulation.

Accordingly, the judgment of the district court is

AFFIRMED.

---

* Honorable Eugene Siler, Jr., United States Circuit Judge for the Sixth Circuit, sitting by designation.